```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF GEORGIA
                  COLUMBUS DIVISION
```

| | |
|---|---|
| H.J.A.E., | * |
|     Petitioner, | * |
|     vs. | * |
| |   CASE NO. 4:26-cv-150-CDL-CHW |
| WARDEN, STEWART DETENTION CENTER, | * |
| | * |
|     Respondent. | |
| | * |

O R D E R

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241. (ECF No. 1). Upon reviewing the application, the Court ordered Respondent to provide Petitioner with a bond hearing citing the Court's previous rulings in *J.A.M. v. Streeval*, No. 4:25-CV-342-CDL, 2025 WL 3050094 (M.D. Ga. Nov. 1, 2025) and *P.R.S. v. Streeval*, No. 4:25-cv-330-CDL, 2025 WL 3269947 (M.D. Ga. Nov. 24, 2025). (ECF No. 3). In lieu of providing a bond hearing, Respondent moved to dismiss Petitioner's application (ECF No. 5), which Petitioner does not oppose. (ECF No. 8). Therefore, Respondent's motion to dismiss (ECF No. 5) is GRANTED.

IT IS SO ORDERED, this 6th day of March, 2026.

                                        s/Clay D. Land
                                        CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA