IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

HAMILTON JORJITO AGUILAR ESCOBAR,    *

           Petitioner,       *

v.                                    Case No. 4:26-cv-150-CDL-CHW

                             *

WARDEN, STEWART DETENTION
CENTER,                            *

           Respondent.     *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated March 6, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 6th day of March, 2026.

David W. Bunt, Clerk


s/ Elizabeth S. Long, Deputy Clerk